## Commonwealth *v.* Curry, Appellant.

Submitted March 21, 1974. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dorsey, Appellant.

Argued March 18, 1974. *Penn B. Glazier,* for appellant; *James R. Leonard, Jr.,* Assistant District Attorney, with him *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The sentence is vacated and the case remanded for trial or the entry of a plea knowingly and intelligently made after a proper colloquy.

## Commonwealth *v.* Ford, Appellant.

Submitted March 11, 1974. *Arthur K. Dils,* Assistant Public Defender, and *William H. Saye,* Public Defender, for appellant; *Wallace B. Eldridge,* Assistant District Attorney, *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.